# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| HORACIO DELGADO CUEVAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 4:19-cv-00346-RSB-CLR |
| ) | |
| GEORGIA-PACIFIC CONSUMER ) | |
| OPERATIONS, LLC, and ) | |
| OTIS GREEN, JR., ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiff and Defendant, having jointly moved the Court for an order to dismiss GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby **GRANTS** the parties' motion. It is hereby **ORDERED** that GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: HORACIO DELGADO CUEVAS, Plaintiff v. GEORGIA-PACIFIC CONSUMER OPERATIONS LLC, AND OTIS GREEN, JR., Defendant. The clerk is **DIRECTED** to so revise the caption. It is further **ORDERED** that GEORGIA-PACIFIC CONSUMER OPERATIONS LLC shall be substituted each and every place GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC is named in Plaintiff's pleadings as if GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC had never been named.

**IT IS SO ORDERED** this  5th  day of      February      , 2020.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia