UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HORACIO DELGADO CUEVAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-346 |
| | ) | |
| GEORGIA-PACIFIC CONSUMER OPERATIONS LLC and OTIS GREEN, JR., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have notified the Court that discovery has not yet been completed. Doc. 37. A telephonic status conference was conducted on February 12, 2021, to discuss what discovery remains and the potential for resolving this dispute through mediation. The parties are **DIRECTED** to complete all remaining discovery by April 13, 2021. The parties are **ORDERED** to mediate the case no later than May 13, 2021.

**SO ORDERED**, this 12th day of February, 2021.

_Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA