IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HORACIO DELGADO CUEVAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 4:19-cv-00346-RSB-CLR |
| ) | |
| GEORGIA-PACIFIC CONSUMER ) | |
| OPERATIONS LLC, and ) | |
| OTIS GREEN, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After the parties filed their required Status Report, doc. 37, and the Court conducted a telephonic status conference, *see* doc. 40, the Court imposed deadlines for completion of all discovery and for the parties to mediate this case, *see* doc. 41. The parties now move for a sixty-day extension of those deadlines, to allow additional discovery related to plaintiff's ongoing treatment for the injuries at issue in this case. *See* doc. 43 at 1-2. While the Court **GRANTS** that request, the parties are advised that before filing any further motions to extend these deadlines, they must request a telephonic scheduling conference with the undersigned.

IT IS HEREBY ORDERED that the Court imposes the following amended scheduling deadlines:

| | |
|---|---|
| DEADLINE FOR COMPLETION OF ALL REMAINING DISCOVERY | June 14, 2021 |
| DEADLINE FOR MEDIATION | July 12, 2021 |

SO ORDERED, this 24th day of March, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA